AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Texas    ▼

| | | |
|---|---|---|
| Amanda Clark | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:25-cv-01240-ALM |
| Experian Information Solutions, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Experian Information Solutions, Inc.                                                                                    .

Date:      06/25/2026

/s/ Jordan L. Moran
*Attorney's signature*

Jordan L. Moran 5437702NY
*Printed name and bar number*
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

*Address*

JordanMoran@goodwinlaw.com
*E-mail address*

(202) 346-4000
*Telephone number*

(202) 346-4444
*FAX number*