**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| AMANDA CLARK,       ) | |
|           ) | |
| *Plaintiff*,     ) | |
|           ) | |
| v.        ) | |
|           ) | CASE NO. 4:25-CV-01240-ALM |
| EXPERIAN INFORMATION     ) | |
| SOLUTIONS, INC.       ) | |
|           ) | |
| *Defendant*.     ) | |
|           ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule CV-11(c), Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Cameron Hart as counsel for Experian in this action and in support states as follows:

1. On December 25, 2025, Cameron Hart of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 25, 2026, Jordan L. Moran, of the law firm Goodwin Procter LLP entered an appearance in this matter.  His contact information is as follows:  Jordan L. Moran, Goodwin Procter LLP, 1900 N Street, NW, Washington, DC 20036; (202)346-4000; JordanMoran@goodwinlaw.com

3. Goodwin Procter LLP will represent Experian in this matter going forward.  Accordingly, the withdrawal of Cameron Hart will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request.  All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Jones Day as counsel for Experian in this matter.

Dated:  June 29, 2026

Respectfully submitted,


*/s/ Cameron Hart*
_____

JONES DAY
Cameron Hart
Texas Bar No: 24149861
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 969-2940
Email:  chart@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

/s/ Cameron Hart
Cameron Hart

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on June 29, 2026, I conferred with counsel for Plaintiff, who did not oppose the relief requested herein.

/s/ Cameron Hart
Cameron Hart

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

3