**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| AMANDA CLARK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:25-CV-01240-ALM |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## <u>ORDER GRANTING MOTION TO WITHDRAW</u>

The Court, having reviewed Cameron Hart's Motion to Withdraw as Counsel (Dkt. #21), and having been fully advised of the same, hereby **GRANTS** the Motion.

Cameron Hart is hereby withdrawn from the above-captioned matter.  The Clerk of Court is directed to remove Cameron Hart as counsel of record.  Jordan L. Morgan of Goodwin Procter LLP shall remain counsel of record for Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

**SIGNED this 6th day of July, 2026.**

.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE